AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    1:24-CV-06709-UA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Furthered, Inc. d/b/a Lawline**
was recieved by me on **9/09/2024:**

☐   I personally served the summons on the individual at *(place)* on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Paul Hopeck**, who is designated by law to accept service of process on behalf of **Furthered, Inc. d/b/a Lawline** at **incorp services inc, 1 commerce plaza 99 washington Ave Suite 805-a, albany, NY 12210** on **09/09/2024 at 12:32 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:  09/09/2024

_____
*Server's signature*

**Kenneth Bouchard**
*Printed name and title*

**42 S. Main St**
**Gloversville, NY 12078**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Paul Hopeck who identified themselves as the person authorized to accept with identity confirmed by subject showing identification. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 35-45 years of age, 6'0"-6'2" tall and weighing 180-200 lbs.**



**Tracking #: 0142498854**

