UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIEGO ALVAREZ-MIRANDA EZPELETA, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br>  v.<br><br>FURTHERED, INC. d/b/a LAWLINE,<br><br>  Defendant. | Case No.  1:24-cv-6709<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Arun G. Ravindran, Esq., of Hedin LLP, hereby enters his appearance as counsel for Plaintiff Diego Alvarez-Miranda Ezpeleta, and the putative class. All correspondence, pleadings, notices, and other materials filed or issued in this cause should be directed to the undersigned as additional counsel of record at the address listed below.

Dated: October 9, 2024    Respectfully submitted,

**HEDIN LLP**

/s/ Arun G. Ravindran

ARUN G. RAVINDRAN
HEDIN LLP
1395 BRICKELL AVE., SUITE 610
MIAMI, FLORIDA 33131-3302
TELEPHONE:  (305) 203-4573
FACSIMILE:  (305) 200-8801
ARAVINDRAN@HEDINLLP.COM

*Attorneys for Plaintiffs and the Putative Class*